**No. 40469.**—Protest 894925–G of Uddo Taormina Corp. (Los Angeles).

Opinion by KEEFE, J.   On the authority of *Locatelli* v. *United States* (T. D. 49302) the protest was sustained as to certain pecorino romano cheese.

**No. 40470.**—Protests 894918–G, etc., of C. R. Cheney Co. et al. (Los Angeles).

Opinion by KEEFE, J.   It was stipulated that the merchandise consists of Roquefort cheese wrapped in foil or paper or both, similar to that the subject of Abstracts 36724 and 38185.   The protests were therefore sustained.

**No. 40471.**—Protests 893378–G, etc., of Hy. Knefely & Son (Baltimore).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protests were sustained.

**No. 40472.**—Protest 957313–G of Miglioretti Bros. (Baltimore).

Opinion by KEEFE, J.   On the authority of *Locatelli* v. *United States* (T. D. 48284) the protest was sustained.

**No. 40473.**—Protests 944976–G, etc., of Oldetyme Distillers, Inc. (New York).

Opinion by KEEFE, J.   On the records presented the protests were overruled.

**No. 40474.**—Protests 552674–G, etc., of Wm. X. Huber Co. et al. (Los Angeles, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 19, 1939

**No. 40475.**—Protests 951144–G, etc., of De Long, Incorporated, et al. (Philadelphia, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40476.**—Protests 757858–G, etc., of Jordan Marsh Co. et al. (Boston, etc.).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.